IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * |
|  | *   CASE NO. 19-01830 ESL |
| LA TRINIDAD ELDERLY LP SE | * |
|  | * |
|  | *   CHAPTER 11 |
| DEBTOR | * |

*******************************************

SUPPLEMENTAL INFORMATION ON
ATTORNEY FOR DEBTOR FIRST APPLICATION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF
NECESSARY COSTS AND EXPENSES (Docket #63)

TO THE HONORABLE COURT:

**COMES NOW**, Wigberto Lugo Mender, Esq., from Lugo Mender Group, LLC, Debtor's attorney and applicant in this matter, who respectfully files and supplements its First Application for Allowance of Compensation and Reimbursement of Necessary Costs and Expenses filed on August 20, 2019 and on account thereof represents and states as follows:

1. On August 20, 2019, the appearing law firm filed its First Application for Allowance of Compensation and Reimbursement of Necessary Costs and Expenses (hereinafter "the Application"). (Docket #63)

2. Upon the United States Trustee Office review and comments to this application applicant deems necessary to supplement its application to provide that information required pursuant to the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. Section 330 (Appendix A to 28 C.F.R. Section 58).

3. Specifically and in compliance with Section (b)(2)(iii), applicant in this matter states as follows.

   a. The existing amount of cash on hand and deposit available to this bankruptcy estate

La Trinidad Elderly LP SE
Case No. 19-01830 ESL
Attorney for Debtor Supplement to First Application for Allowance of Compensation

      as of July 31, 2019 is $422,187 of which $300,521.54 correspond to unencumbered funds to cover business operations.

b. The amount of accrued unpaid administrative expenses as of July 31, 2019, detailed per the records of this estate are in the amount of $1,730.52. This balance does not include any amount of professional expenses or expenses herein requested as these entail ongoing business expenses accrued as of the end of the reporting period.

**WHEREFORE**, applicant respectfully prays this Honorable Court, creditors and parties in interest to be informed on the additional information detailed herein to supplement the <u>First Application for Allowance of Compensation and Reimbursement of Necessary Costs and Expenses</u> at Docket #63.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:** That on same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to **REBECA CAQUIAS MEJIAS, ESQ.** on behalf of Creditor AUTORIDAD PARA EL FINANCIAMIENTO DE LA VIVIENDA DE PUERTO RICO at notices@rcmlawpr.com; **JORGE I PEIRATS, ESQ**. on behalf of Creditor LOIZA PONCE HOLDING LLC at jpeirats@pmalaw.com; **ALEJANDRO A. SUAREZ CABRERA, ESQ**. on behalf of Creditor State Insurance Fund Corporation at alejandro.suarez@cfse.gov.pr; **US Trustee Office, (Monsita Lecaroz Arribas, Esq.)** at ustpregion21.hr.ecf@usdoj.gov and to the participants appearing in said record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 9th day of September of 2019.

*Lugo Mender Group, LLC*
Attorney for Debtor
100 Carr. 165 Suite 501

La Trinidad Elderly LP SE
Case No. 19-01830 ESL
Attorney for Debtor Supplement to First Application for Allowance of Compensation

Guaynabo, P.R. 00968-8052
Tel.: (787) 707-0404
Fax: (787) 707-0412
wlugo@lugomender.com

*/S/ Wigberto Lugo Mender*
WIGBERTO LUGO MENDER
USDC-PR 212304